IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00466-LTB

DEMETRICK SMITH,

    Plaintiff,

v.

BERKEBILE, Trustee/Warden, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 4, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 4 day of April, 2013.

                        FOR THE COURT,

                        JEFFREY P. COLWELL, Clerk

                        By: s/ S. Grimm
                            Deputy Clerk